RECEIVED
JAN 0 2 2008

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lois Rodden, | **SUMMONS IN A CIVIL CASE** |
| Plaintiff, | CASE NUMBER: |
| V. | |
| Jefferson Pilot Financial Insurance Company; Sanyo Semiconductor Corporation, Defendant. | |

TO: (Name and address of defendant)

Jefferson Pilot Financial Insurance Company
c/o The Lincoln National Life Insurance Company
Agent for Services of Process
2730 Gateway Oaks Drive, Suite 100
Sacramento CA 95833

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, CA 91324

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK                                                                                    DATE

MARY ANN BUCKLEY
(BY) DEPUTY CLERK