UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Lois Rodden

        Plaintiff(s),

v.

Jefferson Pilot Financial Insurance Company; Sanyo Semiconductor Corporation Long Term Disability Plan.
        Defendant(s).

No. C 07-6489 JL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 1/15/08

Signature _____

Counsel for Defendant Jefferson Pilot Ins.
(Plaintiff, Defendant, or indicate "pro se")