IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOIS RODDEN,                                               No. C 07-06489SI

        Plaintiff,                                       **NOTICE**

  v.

JEFFERSON PILOT FINANCIAL,

        Defendant.
_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, April 4, 2008, at 2:00 p.m. Please comply with attached order when preparing for the conference.

Dated: January 30, 2008                                        RICHARD W. WIEKING, Clerk

                                                                              Tracy Sutton
                                                                              Deputy Clerk

United States District Court
For the Northern District of California