1  Horace W. Green (SBN 115699)
   GREEN & HUMBERT
2  220 Montgomery Street, Suite 438
   San Francisco, California  94104
3  Telephone:  (415) 837-5433
   Facsimile:   (415) 837-0127
4
   Attorneys for Defendants
5  JEFFERSON PILOT FINANCIAL INSURANCE
   COMPANY and
6  SANYO SEMICONDUCTOR LONG TERM
   DISABILITY PLAN
7

8

9
                    **UNITED STATES DISTRICT COURT**
10
                    **NORTHERN DISTRICT OF CALIFORNIA**
11

12
   LOIS RODDEN,                          )   Case No. CV 07-6489 SI
13                                       )
            Plaintiff,                   )   **DEFENDANTS' CERTIFICATION OF**
14                                       )   **INTERESTED ENTITIES OR PERSONS**
        vs.                              )   **(Local Rule 3-16)**
15                                       )
   JEFFERSON PILOT FINANCIAL             )
16 INSURANCE COMPANY; SANYO              )
   SEMICONDUCTOR LONG TERM               )
17 DISABILITY PLAN,                      )
                                         )
18          Defendants.                  )
                                         )
19 _____

20

21

22          Pursuant to Civil L.R. 3-16, Defendants Jefferson Pilot Financial Insurance

23 Company (now known as The Lincoln National Life Insurance Company) and the Sanyo

24 Semiconductor Long Term Disability Plan ("the Plan") (collectively "Defendants") certify

25 that the following listed persons, associations of persons, firms, partnerships, corporations

26 (including parent corporations) or other entities (i) have a financial interest in the subject

27 matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in

28

1 that subject matter or in a party that could be substantially affected by the outcome of this
2 proceeding:

1. Lincoln National Corporation;
2. Sanyo North America Corporation.

DATE: March 18, 2008            GREEN & HUMBERT

By: **/s/ Horace W. Green**
HORACE W. GREEN

Attorneys for Defendants
JEFFERSON PILOT FINANCIAL
INSURANCE COMPANY and
SANYO SEMICONDUCTOR
CORPORATION LONG TERM
DISABILITY PLAN