United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

1
2
3
4
5
6
7
8
9

| | |
|---|---|
| 10  Rodden, | 07-06489 SI |
| 11             Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| 12     v. | |
| 13  Jefferson Pilot Financial Insurance | |
| 14  Company, | |
| 15             Defendant(s). | |

16

17      The parties have failed to file an ADR Certification and either a Stipulation and

18  [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone

19  Conference as required by the Initial Case Management Scheduling Order.  Counsel

20  shall Meet and Confer forthwith in an attempt to agree on an ADR process for this

21  matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file

22  an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting**

23  **ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b),

24  ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available

25  at www.adr.cand.uscourts.gov.)

26

27      Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a

28  copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

**Notice Re: Noncompliance With Court Order**
07-06489 SI                                  -1-

**United States District Court**
**Northern District of California**

1   (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

2   450 Golden Gate Avenue, 16ᵗʰ Floor, San Francisco, California), or by PDF attachment

3   to an e-mail directed to adr@cand.uscourts.gov.

4

5       It is the responsibility of counsel to schedule an ADR Phone Conference, if

6   required, to occur before the Case Management Conference.

7

8

9   Dated: March 20, 2008

10                                      RICHARD W. WIEKING
                                        Clerk
11                                      by:    Timothy J. Smagacz

12                                      _Timothy Smagacz_

13                                      ADR Administrative Assistant
                                        415-522-4205
14                                      Tim_Smagacz@cand.uscourts.gov

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**Notice Re: Noncompliance With Court Order**
07-06489 SI                                    -2-

# PROOF OF SERVICE

Case Name:        Rodden v. Jefferson Pilot Financial Insurance Company

Case Number:      07-06489 SI

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On March 20, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Horace W. Green
> Green & Humbert
> 220 Montgomery Street, Suite 438
> San Francisco, CA 94104
> horaceg@lifehealthlaw.com
>
> Elizabeth Katherine Green
> Kantor & Kantor LLP
> 19839 Nordhoff Street
> Northridge, CA 91324
> egreen@kantorlaw.net
>
> Lisa Sue Kantor
> Kantor & Kantor LLP
> 19839 Nordhoff Street
> Northridge, CA 91324
> lkantor@kantorlaw.net

[ ] by Facsimile, I caused said documents to be transmitted to the following

parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 20, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

_____

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov