1  KANTOR & KANTOR, LLP
   LISA S. KANTOR, SBN 110678
2  ELIZABETH K. GREEN, SBN 199634
   19839 Nordhoff Street
3  Northridge, CA 91324
   Telephone: (818) 886-2525
4  Facsimile: (818) 350-6272

5  Attorneys for Plaintiff, Lois Rodden

6  HORACE W. GREEN, SBN 115699
   GREEN & HUMBERT
7  220 Montgomery Street, Suite 438
   San Francisco, California 94104
8  Telephone: (415) 837-5433
   Facsimile: (415) 837-0127
9
   Attorneys for Defendants
10 JEFFERSON PILOT FINANCIAL INSURANCE
   COMPANY and
11 SANYO SEMICONDUCTOR LONG TERM
   DISABILITY PLAN
12

13                UNITED STATES DISTRICT COURT
14
                NORTHERN DISTRICT OF CALIFORNIA
15

16 LOIS RODDEN,                      CASE NO.: C 07-06489 SI
17         Plaintiffs,               STIPULATION AND ORDER TO
                                     CONTINUE INITIAL CASE
18     vs.                           MANAGEMENT CONFERENCE
19 JEFFERSON PILOT FINANCIAL         DATE:  May 2, 2008
20 INSURANCE COMPANY; SANYO          TIME:  2:00 P.M.
   SEMICONDUCTOR LONG TERM           CTRM:  10, 19TH Floor
21 DISABILITY PLAN,

22         Defendants.
                                     /
23
        Plaintiff, Lois Rodden, and defendants Jefferson Pilot Financial Insurance
24
   Company; Sanyo Semiconductor Long Term Disability Plan, by and through their
25
   respective counsel of record, hereby stipulate that the Initial Case Management
26
   Conference scheduled by the Court for April 7, 2008 at 2:00 p.m. be continued to May 2,
27
   2008 at 2:00 p.m.
28

GREEN & HUMBERT
220 Montgomery Street
Suite 438
San Francisco, CA
(415) 837-5433

STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
Case No. C 07-6489

This Stipulation is necessitated by a calendar conflict on the part of Defendants.

DATED: 4/3/08

GREEN & HUMBERT

By: /s/ Horace W. Green
Horace W. Green

Attorneys for Defendants, Jefferson Pilot Financial Insurance Company and Sanyo Semiconductor Long Term Disability Plan

DATED: April 3, 2008

KANTOR & KANTOR, LLP

By: /s/ Elizabeth K. Green
Elizabeth K. Green

Attorneys for Plaintiff, Lois Rodden

IT IS HEREBY ORDERED that the Initial Case Management Conference be, and hereby is, continued from April 7, 2008 to May 2, 2008 at 2:00 p.m.

DATED: _____

_____
SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. C 07-06489

2

GREEN & HUMBERT
220 Montgomery Street
Suite 438
San Francisco, CA
(415) 837-0433