1  KANTOR & KANTOR, LLP
   LISA S. KANTOR, SBN 110678
2  ELIZABETH K. GREEN, SBN 199634
   19839 Nordhoff Street
3  Northridge, CA 91324
   Telephone: (818) 886-2525
4  Facsimile: (818) 350-6272

5  Attorneys for Plaintiff, Lois Rodden

6  HORACE W. GREEN, SBN 115699
   GREEN & HUMBERT
7  220 Montgomery Street, Suite 438
   San Francisco, California 94104
8  Telephone: (415) 837-5433
   Facsimile: (415) 837-0127

9
   Attorneys for Defendants
10 JEFFERSON PILOT FINANCIAL INSURANCE
   COMPANY and
11 SANYO SEMICONDUCTOR LONG TERM
   DISABILITY PLAN

12

13                  UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15

16 LOIS RODDEN,                        CASE NO.: C 07-06489 SI

17          Plaintiffs,               STIPULATION AND ORDER TO
                                      CONTINUE INITIAL CASE
18    vs.                             MANAGEMENT CONFERENCE

19 JEFFERSON PILOT FINANCIAL          DATE:   May 2, 2008
20 INSURANCE COMPANY; SANYO           TIME:   2:00 P.M.
   SEMICONDUCTOR LONG TERM            CTRM:   10, 19TH Floor
21 DISABILITY PLAN,

22          Defendants.

23

24     Plaintiff, Lois Rodden, and defendants Jefferson Pilot Financial Insurance

25 Company; Sanyo Semiconductor Long Term Disability Plan, by and through their

26 respective counsel of record, hereby stipulate that the Initial Case Management

27 Conference scheduled by the Court for April 7, 2008 at 2:00 p.m. be continued to May 2,

28 2008 at 2:00 p.m.

STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
Case No. C 07-6489

1    This Stipulation is necessitated by a calendar conflict on the part of Defendants.

2

3    DATED: 4/3/08                         GREEN & HUMBERT

4

5                                          By: _____
6                                              Horace W. Green

7                                          Attorneys for Defendants, Jefferson Pilot
                                           Financial Insurance Company and Sanyo
8                                          Semiconductor Long Term Disability Plan

9    DATED: April 3, 2008                  KANTOR & KANTOR, LLP

10

11                                         By: _____
                                               Elizabeth K. Green
12
                                           Attorneys for Plaintiff, Lois Rodden
13

14       IT IS HEREBY ORDERED that the Initial Case Management Conference be, and

15   hereby is, continued from April 7, 2008 to May 2, 2008 at 2:00 p.m.

16

17

18   DATED: _____             _____
                                           SUSAN ILLSTON
19                                         UNITED STATES DISTRICT COURT
                                           JUDGE
20

21

22

23

24

25

26

27

28   STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
     CASE NO. C 07-06489                                                    2

GREEN & HUMBERT
235 Montgomery Street
Suite 433
San Francisco, CA
(415) 837-3433