1  Horace W. Green (SBN 115699)
   GREEN & HUMBERT
2  220 Montgomery Street, Suite 438
   San Francisco, California 94104
3  Telephone: (415) 837-5433
   Facsimile: (415) 837-0127
4
   Attorneys for Defendants
5  JEFFERSON PILOT FINANCIAL INSURANCE
   COMPANY and
6  SANYO SEMICONDUCTOR LONG TERM
   DISABILITY PLAN
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | LOIS RODDEN,                         ) Case No. CV 07-6489 SI
                                          )
12 |        Plaintiff,                    ) **STIPULATION AND ORDER**
                                          ) **REGARDING STANDARD OF JUDICIAL**
13 |    vs.                               ) **REVIEW AND DISCOVERY**
                                          )
14 | JEFFERSON PILOT FINANCIAL            )
     INSURANCE COMPANY; SANYO             )
15 | SEMICONDUCTOR LONG TERM              )
     DISABILITY PLAN,                     )
16 |                                      )
            Defendants.                   )
17 |                                      )
   _____)
18

19        Plaintiff Lois Rodden ("Rodden") and Defendants Jefferson Pilot Financial Insurance

20 Company ("Jefferson Pilot") and the Sanyo Semiconductor Long Term Disability Plan ("the

21 Plan") (collectively "Defendants"), hereby enter into the following stipulation with respect to

22 the standard of judicial review and the scope of discovery to be applied in this action.

23        1.   In consideration of the limitation on discovery set forth at 2. below, the parties

24 agree that the Court shall employ a *de novo* standard of judicial review in its review of the

25 claims decision at issue in this case.   This Stipulation shall not apply to judicial review of

26 any other action, either existing or subsequent.

27        //

28        //

1  2.  Discovery in this case shall be limited to the Deposition of LaDella Holmes Reddick, to be scheduled at a mutually convenient time and location and to be conducted in accordance with the Federal Rules of Civil Procedure.

3.  The parties agree to the following extension of the schedule for discovery, briefing, and hearing on Cross Motions for Summary Judgment:

| | |
|---|---|
| **Discovery cutoff:** | November 7, 2008 |
| **File summary judgment motions:** | October 17, 2008 |
| **File Oppositions:** | October 31, 2008 |
| **File Reply Briefs:** | November 7, 2008 |
| **Hearing on Summary Judgment:** | November 21, 2008 |

The deadline for filing Trial Briefs and the December 1, 2008 trial date shall remain on calendar, subject to further Order of the Court.

4.  Notwithstanding this Stipulation, the parties retain any and all rights to object to the admission into evidence of any information, documents and/or testimony above and beyond the administrative record.

DATE: September 3, 2008          GREEN & HUMBERT

By: /s/ Horace W. Green
    HORACE W. GREEN

Attorneys for Defendants
JEFFERSON PILOT FINANCIAL
INSURANCE COMPANY and
SANYO SEMICONDUCTOR
CORPORATION LONG TERM
DISABILITY PLAN

DATE: September 3, 2008          KANTOR & KANTOR LLP

By: /s/ Glenn R. Kantor
    GLENN R. KANTOR

Attorneys for Plaintiff
LOIS RODDEN

1  IT IS SO ORDERED.
2  DATED:

By: _____
   The Honorable Susan Illston
   United States District Judge