Horace W. Green (SBN 115699)
GREEN & HUMBERT
220 Montgomery Street, Suite 438
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile: (415) 837-0127

Attorneys for Defendants
JEFFERSON PILOT FINANCIAL INSURANCE
COMPANY and
SANYO SEMICONDUCTOR LONG TERM
DISABILITY PLAN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOIS RODDEN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JEFFERSON PILOT FINANCIAL INSURANCE COMPANY; SANYO SEMICONDUCTOR LONG TERM DISABILITY PLAN,<br><br>　　　　Defendants.<br>_____ | Case No. CV 07-6489 SI<br><br>**STIPULATION AND ORDER REGARDING STANDARD OF JUDICIAL REVIEW AND DISCOVERY** |

Plaintiff Lois Rodden ("Rodden") and Defendants Jefferson Pilot Financial Insurance Company ("Jefferson Pilot") and the Sanyo Semiconductor Long Term Disability Plan ("the Plan") (collectively "Defendants"), hereby enter into the following stipulation with respect to the standard of judicial review and the scope of discovery to be applied in this action.

　　　　1.　In consideration of the limitation on discovery set forth at 2. below, the parties agree that the Court shall employ a *de novo* standard of judicial review in its review of the claims decision at issue in this case.   This Stipulation shall not apply to judicial review of any other action, either existing or subsequent.

　　　　//

　　　　//

2. Discovery in this case shall be limited to the Deposition of LaDella Holmes Reddick, to be scheduled at a mutually convenient time and location and to be conducted in accordance with the Federal Rules of Civil Procedure.

3. The parties agree to the following extension of the schedule for discovery, briefing, and hearing on Cross Motions for Summary Judgment:

| | |
|---|---|
| **Discovery cutoff:** | November 7, 2008 |
| **File summary judgment motions:** | October 17, 2008 |
| **File Oppositions:** | October 31, 2008 |
| **File Reply Briefs:** | November 7, 2008 |
| **Hearing on Summary Judgment:** | November 21, 2008 |

The deadline for filing Trial Briefs and the December 1, 2008 trial date shall remain on calendar, subject to further Order of the Court.

4. Notwithstanding this Stipulation, the parties retain any and all rights to object to the admission into evidence of any information, documents and/or testimony above and beyond the administrative record.

DATE: September 3, 2008			GREEN & HUMBERT


					By: /s/ Horace W. Green
					    HORACE W. GREEN

					Attorneys for Defendants
					JEFFERSON PILOT FINANCIAL
					INSURANCE COMPANY and
					SANYO SEMICONDUCTOR
					CORPORATION LONG TERM
					DISABILITY PLAN

DATE: September 3, 2008			KANTOR & KANTOR LLP


					By: /s/ Glenn R. Kantor
					    GLENN R. KANTOR

					Attorneys for Plaintiff
					LOIS RODDEN

1      IT IS SO ORDERED.
2  DATED:
3
4                                    By: _____
5                                        The Honorable Susan Illston
                                         United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28