Lisa S. Kantor, Esq. State Bar No. 110678
  e-mail: lkantor@kantorlaw.net
Elizabeth K. Green, Esq. - State Bar No. 199634
  e-mail: egreen@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
(818) 886-2525 (TEL)
(818) 350-6272 (FAX)

Attorneys for Plaintiff,
LOIS RODDEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOIS RODDEN, | CASE NO: CV 07-6489 SI |
| Plaintiff, | PARTIES' JOINT STIPULATION TO CONTINUE DATES; [PROPOSED] ORDER |
| VS. | |
| JEFFERSON PILOT FINANCIAL INSURANCE COMPANY; SANYO SEMICONDUCTOR CORPORATION LONG TERM DISABILITY PLAN; | |
| Defendants. | |

The parties, by and through their respective counsel, hereby submit the following Stipulation and Proposed Order to the Court.

1. This case is an action for long term disability benefits under ERISA.

2. Pursuant to the parties' stipulation and the Court's September 4, 2008 order, the following dates were set:

    File summary judgment motions    October 17, 2008

    File oppositions    October 31, 2008

CASE NO: CV 07-6489 SI    PLAINTIFF'S JOINT STIPULATION TO CONTINUE DATES

1

| | |
|---|---|
| File reply briefs | November 7, 2008 |
| Hearing on Summary Judgment | November 21, 2008 |

The trial date was previously set for December 1, 2008.

3. In their prior stipulation, the parties agreed to a *de novo* standard of review and that discovery was limited to the Deposition of LaDella Holmes-Reddick. The deposition of Ms. Holmes-Reddick took place on October 15, 2008 in Atlanta, Georgia.

4. Based on the testimony provided by Ms. Holmes-Reddick, the parties agree that it would be beneficial to have additional time to prepare summary judgment motions and address issues presented by Ms. Holmes-Reddick's deposition testimony.

5. The parties agree to continue the dates in this matter as follows:

| | |
|---|---|
| File summary judgment motions | October 31, 2008 |
| File oppositions | October 14, 2008 |
| File reply briefs | November 21, 2008 |
| Hearing on Summary Judgment | December 11, 2008 |
| Trial Date | January 12, 2009 |

IT IS SO STIPULATED.

Dated: October 15, 2008         KANTOR & KANTOR LLP

                                BY:  s/ Glenn R. Kantor
                                     Glenn R. Kantor
                                     Attorneys for Plaintiff Lois Rodden

Dated: October 15, 2008         GREEN & HUMBERG

                                By:  s/ Horace W. Green
                                     Horace W. Green
                                     Attorneys for Defendants

CASE NO: CV 07-6489 SI    PLAINTIFF'S JOINT STIPULATION TO CONTINUE DATES

2

Jefferson Pilot Financial Insurance Company and Sanyo Semiconductor Corporation Long Term Disability Plan

### [PROPOSED] ORDER

Based on the parties' stipulation and good cause having been shown, the dates in this matter are hereby continued as follows:

| | |
|---|---|
| File summary judgment motions | October 31, 2008 |
| File oppositions | October 14, 2008 |
| File reply briefs | November 21, 2008 |
| Hearing on Summary Judgment | December ~~11~~ 12, 2008 |
| Trial Date | January 12, 2009 |

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Susan Illston
United States District Court Judge