| | |
|---|---|
| 1 | Lisa S. Kantor, Esq. State Bar No. 110678 |
| | e-mail: lkantor@kantorlaw.net |
| 2 | Elizabeth K. Green, Esq. - State Bar No. 199634 |
| | e-mail: egreen@kantorlaw.net |
| 3 | **KANTOR & KANTOR, LLP** |
| | 19839 Nordhoff Street |
| 4 | Northridge, CA 91324 |
| | (818) 886-2525 (TEL) |
| 5 | (818) 350-6272 (FAX) |
| | **Attorneys for Plaintiff,** |
| 6 | **LOIS RODDEN** |
| 7 | Horace W. Green, Esq. State Bar No. 115699 |
| | **GREEN & HUMBERT** |
| 8 | 220 Montgomery Street, Suite 438 |
| | San Francisco, CA 94104 |
| 9 | Telephone: (415) 837-5433 |
| | Facsimile: (415) 837-0127 |
| 10 | **Attorneys for Defendant,** |
| | **JEFFERSON PILOT FINANCIAL INSURANCE** |
| 11 | **COMPANY and SANYO SEMICONDUCTOR** |
| | **LONG TERM DISABILITY PLAN** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LOIS RODDEN, | ) | CASE NO: CV 07-6489 SI |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION EXTENDING REPLY |
| VS. | ) | BRIEFING; (PROPOSED) ORDER |
| | ) | |
| JEFFERSON PILOT FINANCIAL | ) | |
| INSURANCE COMPANY; SANYO | ) | |
| SEMICONDUCTOR CORPORATION | ) | |
| LONG TERM DISABILITY PLAN; | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, Lois Rodden, and Defendants, Jefferson Pilot Financial Insurance Company and the Sanyo Semiconductor Long Term Disability Plan, by and through their respective counsel, hereby

---

Stipulation Extending Reply Briefing; (Proposed) Order      CV 07-6489 SI

1

stipulate that the parties respective Reply Briefs to be filed in support of the parties respective Motions for Summary Judgment shall be filed no later than December 2, 2008.

 Elizabeth Green, primary counsel for Plaintiff, is six (6) months pregnant, and has the flu, and has been ordered to bed rest for a week. As she is the counsel responsible for the handling the matter for Plaintiff, and has drafted all pleadings to date, it is appropriate that she draft the Reply brief on behalf of Plaintiff. Due to her illness, Plaintiff requests that the date for filing the reply briefs for both parties be continued until December 2, 2008.

 Defense Counsel has graciously agreed to the continuance.

 It is so stipulated.

DATED:   November 18, 2008     KANTOR & KANTOR LLP

*s/ Lisa S. Kantor*
LISA S. KANTOR
ATTORNEYS FOR PLAINTIFF
LOIS RODDEN

DATED:   November 18, 2008     GREEN & HUMBERT

*s/ Horace W. Green*
HORACE W. GREEN
ATTORNEYS FOR DEFENDANTS
JEFFERSON PILOT FINANCIAL
INSURANCE COMPANY AND SANYO
SEMICONDUCTOR CORPORATION LONG
TERM DISABILITY PLAN

---

Stipulation Extending Reply Briefing; (Proposed) Order    CV 07-6489 SI

2

1     **IT IS HEREBY ORDERED** that the Reply Briefs to be filed by both Defendants and
2 Plaintiff in support of their respective Motions for Summary Judgment are continued from
3 November 20, 2008 to December 2, 2008.

5 DATED: _____     _____

6                                      SUSAN ILLSTON
                                           United States District Judge