Horace W. Green (SBN 115699)
GREEN & HUMBERT
220 Montgomery Street, Suite 438
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile: (415) 837-0127

Attorneys for Defendants
JEFFERSON PILOT FINANCIAL INSURANCE COMPANY and
SANYO SEMICONDUCTOR LONG TERM DISABILITY PLAN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOIS RODDEN, <br><br> Plaintiff, <br><br> vs. <br><br> JEFFERSON PILOT FINANCIAL INSURANCE COMPANY; SANYO SEMICONDUCTOR LONG TERM DISABILITY PLAN, <br><br> Defendants. | Case No. CV 07-6489 SI <br><br> **STIPULATION AND ORDER REGARDING DISMISSAL OF JEFFERSON PILOT FINANCIAL INSURANCE COMPANY** |

Plaintiff Lois Rodden ("Rodden") and Defendants Jefferson Pilot Financial Insurance Company ("Jefferson Pilot") and the Sanyo Semiconductor Long Term Disability Plan ("the Plan") (collectively "Defendants"), hereby stipulated that Defendant Jefferson Pilot Financial Insurance Company be dismissed without prejudice from this action.

This Stipulation is based on the mutual understanding that dismissal of Jefferson Pilot Financial Insurance Company will not affect the ability of the remaining Defendant or its insurer to satisfy any money judgment issued in this action.

| | | |
|---|---|---|
| 1 | DATE: January 6, 2009 | GREEN & HUMBERT |
| 2 | | |
| 3 | | By: /s/ Horace W. Green |
| 4 | | HORACE W. GREEN |
| 5 | | Attorneys for Defendants JEFFERSON PILOT FINANCIAL INSURANCE COMPANY and SANYO SEMICONDUCTOR CORPORATION LONG TERM DISABILITY PLAN |
| 8 | DATE: January 6, 2009 | KANTOR & KANTOR LLP |
| 10 | | By: /s/ Glenn R. Kantor |
| 11 | | GLENN R. KANTOR |
| 12 | | Attorneys for Plaintiff LOIS RODDEN |

IT IS SO ORDERED.

DATED:

By: _____
The Honorable Susan Illston
United States District Judge

Stipulation and Order re Dismissal of Jefferson Pilot Financial Insurance Company
Case No. CV 07 6489 SI

2